**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| ABDOULAYE MARIKO | : | |
| Debtor(s) | : | No. 16-16484 SR |

# CHAPTER 13 PLAN

1. The future earnings of the Debtor is submitted to the supervision and control of the Trustee and the Debtor shall pay to the Trustee the sum of **$280.00 monthly for a period of sixty (60) months.**

2. From the payments so received, the Trustee shall make disbursements as follows:

    (a) Administrative Expenses:

    (1) Trustee's Fee: not to exceed **10.00%**

    (2) Attorney's Fee (unpaid portion): **$1,900.00**

    (3) Filing Fee (unpaid portion): **NONE**

    (b) **PRIORITY CREDITORS:** Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. section 507, including, but not limited to:

    Debtor has no known priority creditors.

    (c) **SECURED CREDITORS:** Holders of allowed secured claims shall retain the liens securing such claims, with the obligations to be paid as follows:

    (1) **To: SETERUS INC.,** (holder of mortgage on Debtor's residence) arrearages, late charges, which may include such other fees such as foreclosure costs and counsel fees, payment in the **sum of $13,000.00**, with all post-petition payments being made directly to said mortgagee, outside this plan.

    (d) **UNSECURED CREDITORS:** Subsequent to dividends to secured creditors, dividends to unsecured creditors whose claims arelegitimate and timely filed: **PRO RATA**.

3. The following executory contracts of the debtor are rejected:  N/A

4. The following **executory contracts** of the debtor are **assumed**:  N/A

Debtor(s) reserve the right to cure all post-petition defaults as to any creditor, however classified.

Title to the Debtor(s) property shall revest in the Debtor(s) on confirmation of a Plan - or upon dismissal of the case after confirmation pursuant to 11 U.S.C. section 350.

Debtor(s) deaccelerate any defaults and waives any instances of default under all applicable state or federal laws.

Dated:  October 13, 2016

/s/ Abdoulaye Mariko
Abdoulaye Mariko, Debtor